[No. 6006–1. Division One. December 4, 1978.]

MELVIN T. GERRY, *Respondent,* v. JACK MAIER, SR., ET AL, *Appellants,* DOROTHY E. ROBERTS, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 52646, Marshall Forrest, J., entered October 19, 1977. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 6150–1. Division One. December 4, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT J. HARKINS, *Appellant.*

Appeal from judgments of the Superior Court for King County, Nos. 71582, 73169, Norman B. Ackley, J., entered November 14, 1977. *Affirmed* by unpublished opinion per Williams, J., concurred in by Farris, C.J., and Andersen, J.

[No. 2496–3. Division Three. December 5, 1978.]

SALLY MARGARET MANN, *Appellant,* v. WALLA WALLA COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 65547, James B. Mitchell, J., entered June 27, 1977. *Affirmed* by unpublished opinion per Roe, J., concurred in by Green and McInturff, JJ.

[No. 3175–2. Division Two. December 6, 1978.]

THE STATE OF WASHINGTON, *Appellant,* v. KEVIN MEYER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR–72, John W. Schumacher, J., entered October 28, 1977. *Reversed* by unpublished opinion per Reed, J., concurred in by Pearson, C.J., and Soule, J.